# Court of Appeals
# of the State of Georgia

ATLANTA,  May 15, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0909. LEROY INGRAM v. THE STATE.**

On November 18, 2016, we granted prisoner Leroy Ingram's pro se application for discretionary appeal. In our order, we directed Ingram to file his notice of appeal within 10 days. On December 1, 2016 – thirteen days later – Ingram filed a notice of appeal. The State has moved to dismiss the appeal on the basis that the notice of appeal was untimely. Ingram, however, asserts that we should apply the "mailbox rule" and deem his notice of appeal filed as of November 23, 2016, which was the date he placed the notice of appeal in the prison mailbox.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *White v. White*, 188 Ga. App. 556 (373 SE2d 824) (1988). Here, Ingram failed to file his notice of appeal within the time required by law. See OCGA § 5-6-35 (g). Although Ingram urges us to extend this deadline through the mailbox rule, that rule is expressly limited in its application to habeas corpus petitions in the Supreme Court of Georgia. *Riley v. State*, 280 Ga. 267, 268 (626 SE2d 116) (2006) (the mailbox rule "does not exempt a pro se prisoner from complying with the statutory requirements to file a timely notice of appeal in any non-habeas criminal or civil filing."). Accordingly, the State's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  05/15/2017  *
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* *, Clerk.*